THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEO
CONIGLIO, Appellant.

Argued May 31, 1949; decided July 19, 1949.

*William A. Kelly* for appellant.

*James N. Gehrig, District Attorney* (*Philip Huntington* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.